### 12197

### HASTY V. SOUTHERN RAILWAY CO.

#### (137 S. E., 927)

RAILROADS—NEGLIGENCE.—Case controlled by the decision in Kershaw Motor Co. v. Southern Railway Co., 136 S. C., 377; 134 S. E., 377.

Before WHALEY, J., Richland, May, 1926.   Reversed.

From an order overruling a demurrer to the complaint interposed by the defendant Southern Railway Company, said defendant appeals.   Reversed and demurrer sustained.

*Messrs. Frank G. Tompkins* and *Heyward Brockinton,* for appellant.

*Messrs. E. J. Best* and *J. B. McLauchlin,* for respondent.

April 11, 1927.

The opinion of the Court was delivered by MR. CHIEF JUSTICE WATTS.

This case comes before the Court by way of an appeal from an order of his Honor, Judge M. S. Whaley, Judge of the Richland County Court, dated May 10, 1926, overruling the demurrer to the complaint interposed by the defendant appellant.   It appearing to the satisfaction of the Court that the same question raised in this case was decided in favor of the defendant appellant herein in the case of

*Kershaw Motor Co. v. Southern Railway Co.* (August 16, 1926), 136 S. C., 377; 134 S. E., 377; now, on motion of Frank G. Tompkins, attorney for defendant appellant, and by and with the consent of E. J. Best and J. B. McLauchlin, attorneys for plaintiff respondent, it is ordered that the order of his Honor, Judge M. S. Whaley, be reversed, and the demurrer be sustained.